IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

C.A.C.C., a minor, by and through his Next Frid,    )
   Gelin Adelaida Corado Quinonez,    )
    )
    Petitioner,    )
    )
    v.    )    1:26-cv-368 (LMB/WEF)
    )
ROBERT F. KENNEDY, JR., et al.,    )
    )
    Respondents.    )

## ORDER

On February 6, 2026, petitioner C.A.C.C., an eight-year-old child, through his next friend and mother Gelin Adelaida Corado Quinonez, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 "to remedy his unlawful detention by Respondents at National Youth Advocate Program Transitional Foster Care Program." The Petition alleges that C.A.C.C. was released to his mother in 2024 but was subsequently detained by immigration officials and placed into the custody of the Office of Refugee Resettlement. Accordingly, it is hereby

ORDERED that petitioner IS NOT to be removed or transferred from this district for any reason without this Court's permission; and it is further

ORDERED that respondents SHOW CAUSE by February 11, 2026 why the Petition should not be granted; and it is further

ORDERED that the parties appear before the Court at 10:00 AM on February 13, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 6 day of February, 2026.

Alexandria, Virginia

/s/
Leonic M. Brinkema
United States District Judge